**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 91-cr-00044-ZLW-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DUDLEY, BILLY,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On February 16, 2006, the probation officer submitted a report requesting early termination of supervised release in this case.  On February 27, 2006, the court concurred with the proposed action.  Assistant U.S. Attorney Guy Till does not object to the proposed relief.  Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this __14__ day of March, 2006.

                            BY THE COURT:

                            _____
                            Zita L. Weinshienk
                            Senior United States District Judge